**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02866-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID AND KAREN WILLIAMSON,

    Plaintiffs,

v.

CHRIS BERNARD &, dba VICC Vacation Time Condominiums@VICC
    Colorado Springs@VICC,
VACATION TIME CONDOMINIUMS, Brownsville, Texas,
SOUTH SHORE LAKE RESORT HOT SPRINGS,
GEOFFREY A. BALLOTTI,
RCI GROUP,
RCI-RESORT CONDOMINIUMS INTERNATIONAL, and
WYNDHAM EXCHANGE AND RENTALS RESORTS CONDOMINIUM INTL,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiffs, David and Karen Williamson, have submitted two motions for leave to proceed without prepayment of fees or costs, one of which is signed by Karen Williamson (ECF No. 3) and one of which is unsigned (ECF No. 2).  Neither motion is legible.  They also have submitted a Complaint that only Karen Williamson signed (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiffs will be directed to cure the following if they wish to pursue their claims.  Any papers that Plaintiffs file in response to this order must include the civil action number

on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   _X_   is not submitted by each plaintiff
(2)   _X_   is not on proper form (must use the court's current form)
(3)   _X_   is missing original signature by each plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   _X_   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: The motions are illegible. Each motion from each Plaintiff must be written neatly and be readable.

**Complaint or Petition**:
(9)   ___   is not submitted
(10)   _X_   is not on proper form (must use the court's current form)
(11)   _X_   is missing an original signature by each plaintiff
(12)   ___   is incomplete
(13)   ___   uses et al. instead of listing all parties in caption
(14)   _X_   names in caption do not match names in text
(15)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   _X_   other: Proper addresses must be provided for named defendant.

Accordingly, it is

      ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

      FURTHER ORDERED that Plaintiffs shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies. It is

      FURTHER ORDERED that, if a Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a

party to this action without further notice.

DATED October 31, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge