IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02866-LTB

DAVID AND KAREN WILLIAMSON,

      Plaintiffs,

v.

CHRIS BERNARD &, dba VICC Vacation Time Condominiums@VICC
      Colorado Springs@VICC,
VACATION TIME CONDOMINIUMS, Brownsville, Texas,
SOUTH SHORE LAKE RESORT HOT SPRINGS,
GEOFFREY A. BALLOTTI,
RCI GROUP,
RCI-RESORT CONDOMINIUMS INTERNATIONAL, and
WYNDHAM EXCHANGE AND RENTALS RESORTS CONDOMINIUM INTL,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on December 10, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against

Plaintiffs.

      DATED at Denver, Colorado, this 10 day of December, 2012.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/ S. Grimm
              Deputy Clerk